IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIRIAM WEBER MILLER : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-3943 |
| CEREBAIN BIOTECH CORP. and : | |
| ERIC CLEMONS : | |

# **ORDER**

AND NOW, this 8th day of November, 2016, upon consideration of the motion by defendants Cerebain Biotech Corp. and Eric Clemons to dismiss (Dkt. No. 7), plaintiff Miriam Weber Miller's response (Dkt. No. 8) and defendants' reply (Dkt. No. 9), it is ORDERED that the motion is DENIED.

It is FURTHER ORDERED that defendants shall file an answer to the complaint on or before November 28, 2016.

*/s Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.